Dismissed and Opinion filed July 18, 2002













Dismissed and Opinion filed July 18, 2002.

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00599-CR

____________

 

SALVADORE
ANTONIO ANDRADE, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

_______________________________________________________

 

On Appeal from the 208th District Court

Harris County, Texas

Trial Court Cause No. 881,323

 

_______________________________________________________

 

M E M O R A
N D U M  O P I N
I O N

            After a guilty plea to the offense
of aggravated assault, appellant was placed on deferred adjudication community
supervision for 5 years.  A fine of $500
was also imposed.  The State moved to
adjudicate guilt.  On March 25, 2002, appellant
was adjudicated guilty of the offense of aggravated assault and was sentenced
to four years’ incarceration in the Texas Department of Criminal Justice,
Institutional Division.  No motion for
new trial was filed.  Appellant’s notice
of appeal was not filed until June 6,
 2002.

            A defendant’s notice of appeal must
be filed within thirty days after sentence is imposed when the defendant has
not filed a motion for new trial.  See Tex.
R. App. P. 








26.2(a)(1).  A notice of
appeal which complies with the requirements of Rule 26 is essential to vest the
court of appeals with jurisdiction.  See Slaton v. State, 981
S.W.2d 208, 210 (Tex. Crim. App. 1998).  If an appeal is not timely perfected, a court
of appeals does not obtain jurisdiction to address the merits of the
appeal.  Under those circumstances it can
take no action other than to dismiss the appeal.  See id.

            Accordingly, the appeal is ordered
dismissed.

 

                                                                        PER
CURIAM

Judgment rendered and
Opinion filed July 18, 2002.

Panel consists of Justices
Yates, Seymore, and Guzman.

Do Not Publish - Tex. R. App. P. 47.3(b).